IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 25 2009

GREGORY C. LANGHAM
                CLERK

Civil Action No. 07-cv-02363-WYD

Peter Compton,

        Applicant,

v.

Steve Hartley, and The Attorney General of the State of Colorado,

        Respondents.

## ORDER RETURNING STATE COURT RECORD

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is hereby

ORDERED that the Clerk shall return the State Court Record.

Dated: September 25, 2009

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Chief United States District Judge

## CERTIFICATE OF SERVICE

I, hereby certify that I have mailed the Order Returning State Court Record to the following non C/M ECF participant on ___September 25, 2009___.

Adams County Court
Adams County Justice Center
1100 Judicial Center Dr.
Brighton, Colorado 80601

                                              S/ Joseph O'Hara
                                              Joe O'Hara
                                              Deputy Clerk